IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ERNEST "ERNIE" ROBERTS<br><br>    Plaintiff,<br><br>v.<br><br>HARLEY DAVIDSON FINANCIAL SERVICES, INC. d/b/a HARLEY-DAVIDSON CREDIT CORP., d/b/a EAGLEMARK SAVINGS BANK,<br><br>    Defendant. | CIVIL ACTION NO. 4:19-cv-00841-SRB |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Ernest "Ernie" Roberts ("Plaintiff") and Harley Davidson Financial Services, Inc. ("HDFS" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby file this Joint Notice of Settlement ("Notice") as follows:

1. The Parties hereby notify the Court that they have reached a settlement of Plaintiff's individual claims against HDFS. The Parties are finalizing the settlement agreement. The Parties respectfully request that any responsive deadlines and settings, and any other matters in this case, be stayed given the settlement of this dispute.

2. The Parties also ask that the Court retain jurisdiction and keep the case open until the settlements can be completed. The Parties anticipate filing a Stipulation of Dismissal with Prejudice within forty-five (45) days.

WHEREFORE PREMISES CONSIDERED, the Parties notify the Court that they have settled their disputes in this case. They respectfully request, however, that the Court retain

1

jurisdiction over the case and keep it open, but stay all pending deadlines, settings and other matters, until such time as the Parties can prepare and file formal dismissal papers.

DATED this 29th day of April, 2020

<table>
<tr><td>

*/s/ Bryce B. Bell*
Bryce B. Bell (66841)
Mark W. Schmitz (69329)
Bell Law, LLC
2600 Grand Blvd., Ste. 580
Kansas City, MO 64108
Tel.: 816.886.8206
Fax: 816.817.8500
bryce@belllawkc.com
ms@belllawkc.com

Gina Marie Chiala (59112)
Heartland Center for Jobs and Freedom
4047 Central St.
Kansas City, MO 64111
Tel.: 816.278.1092
Fax: 816.278.5785
ginachiala@jobsandfreedom.org

*Counsel for Plaintiff*

</td><td>

*/s/ Blaec C. Croft*
Blaec C. Croft (*pro hac vice*)
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
Tel.: 412.667.6057
bcroft@mcguirewoods.com

R. Kent Warren (59567)
McGuireWoods LLP
Fifth Third Center
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
Tel.: 704-343-2365
Fax: 704-805-5081
kwarren@mcguirewoods.com

*Counsel for Defendant Harley-Davidson Financial Services, Inc.*

</td></tr>
</table>